THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE STRAWN,<br><br>     Plaintiff,<br><br>  v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE N.V., a Curacao Corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE-USA, INC., a Delaware corporation; STEINER MANAGEMENT SERVICES, LLC a Florida Limited Liability Company; STEINER TRANSOCEAN, LTD., a Bahama Corporation; STEINER TRANSOCEAN, U.S., INC., a Florida Company; and UNKNOWN DEFENDANTS 1-4.,<br><br>     Defendants. | No. 2:16-cv-00214-JLR<br><br>**STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL BILLING [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 5, 2017** |

## MOTION

The parties respectfully request a continuation of deadlines related to the rebuttal medical billing expert report and discovery on the issue of medical billing by thirty days.

STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT
AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL
BILLING [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

Due to the extensive medical billing documents, Defendants have not been able to find a rebuttal expert who can meet the rebuttal expert report deadline of June 9, 2017. The parties state that this Stipulated Motion to continue deadlines is not required due to any lack of diligence on the part of any party or counsel.

The parties limit the discovery deadline extension to only reports and discovery on the issue of medical billing. All other rebuttal reports will be submitted by June 9, 2017. All other discovery will be completed by July 10, 2017. None of the Court's other deadlines will be affected by the extension.

The parties are expected to mediate this case on July 14, 2017.

## STIPULATION

The parties hereby stipulate to a continuance of the rebuttal medical billing expert report deadline from June 9, 2017 to June 30, 2017. Additionally, the parties stipulate to a continuance of discovery related to the issue of medical billing from July 10, 2017 to August 9, 2017.

DATED this 5th day of June, 2017.

| s/Louis A. Shields | s/Jeffrey B. Maltzman |
|---|---|
| LOUIS A. SHIELDS, WSBA # 25740<br>NIELSEN SHIELDS, PLLC<br>1000 Second Avenue, Suite 1950<br>Seattle, Washington 98104<br>Telephone:  206-728-1300<br>Facsimile:  206-728-1302<br>Email:  las@nielsenshields.com<br>Attorneys for Defendants | JEFFREY B. MALTZMAN, WSBA #52051<br>Maltzman & Partners<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL 33131<br>Telephone:  305-992-6555<br>Email:  Jeffreym@maltzmanpartners.com<br>Attorneys for Defendants |

STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL BILLING [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 2

NIELSEN SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

1 | *s/Charles Moure (via email authorization)*    *s/Wayne Mitchell (via email authorization)*
CHARLES MOURE, WSBA # 23701    WAYNE MITCHELL, WSBA # 24347
2 | Moure Law, PLLC    Anderson & Mitchell, PLLC
1700 Seventh Avenue, Suite 2200    100 S. King St., Suite 560
3 | Seattle, WA 98101    Seattle, WA 98104
Attorneys for Plaintiff    Attorneys for Plaintiff

STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT
AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL
BILLING [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 3

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

[PROPOSED] ORDER

It is so ordered.

DATED this 6th day of June, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

NIELSEN SHIELDS, PLLC

By: *s/ Louis A. Shields*
LOUIS A. SHIELDS, WSBA # 25740
NIELSEN SHIELDS, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone:   206-728-1300
Facsimile:   206-728-1302
Email:       las@nielsenshields.com
Attorneys for Defendant

STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT
AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL
BILLING [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 4

NIELSEN SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles Moure, Esq.
Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

Wayne Mitchell, Esq.
Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

STIPULATED MOTION TO CONTINUE REBUTTAL EXPERT AND DISCOVERY DEADLINES ON THE ISSUE OF MEDICAL BILLING [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 5

NIELSEN✦SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300