THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE STRAWN,<br><br>          Plaintiff,<br><br>     v.<br><br>HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE N.V., a Curacao Corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE-USA, INC., a Delaware corporation; STEINER MANAGEMENT SERVICES, LLC a Florida Limited Liability Company; STEINER TRANSOCEAN, LTD., a Bahama Corporation; STEINER TRANSOCEAN, U.S., INC., a Florida Company; and UNKNOWN DEFENDANTS 1-4.,<br><br>          Defendants. | No. 2:16-cv-00214-JLR<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINE AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>**June 30, 2017** |

## MOTION

COME NOW Defendants HAL Nederland N.V., Holland America Line N.V., Holland America Line, Inc., Holland America Line-USA, Inc., Steiner Management Services, LLC,

JOINT STIPULATION AND REQUEST TO EXTEND
DISCOVERY DEADLINE AND [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

1  Steiner Transocean, Ltd. and Steiner Transocean, U.S., Inc. and Plaintiff Dale Strawn, by and

2  through their respective counsel, and file this Joint Stipulation and Request to Extend the

3  Discovery Deadline to allow for the taking of two depositions after the current discovery

4  deadline of July 10, 2017.

5  The Parties respectfully request to extend pre-trial deadlines to allow an additional

6  three weeks to accommodate the schedules of two witnesses, Mark Barnard and Frank Smith.

7  ~~Despite the efforts of counsel, the parties have not been able to set dates before the upcoming~~

8  deadline. Mediation is set for July 14 and the parties anticipate being able to complete these

9  depositions with two weeks of the mediation date should the claim not resolve. The proposed

10  extension will not affect any other scheduled dates and trial is still set to begin on November

11  6, 2017. As such, the Parties respectfully request the court to extend the discovery deadline

12  until July 28, 2017 to allow these depositions to take place.

13  **STIPULATION**

14  The parties hereby stipulate to a continuance of the ~~pre-trial~~ discovery deadline from July 10,

15  2017 to July 28, 2017.

16

17  DATED this 30th day of June, 2017.

18  
| s/Louis A. Shields | s/Jeffrey B. Maltzman |
19  LOUIS A. SHIELDS, WSBA # 25740 | JEFFREY B. MALTZMAN, WSBA #52051
    NIELSEN SHIELDS, PLLC | Maltzman & Partners
    1000 Second Avenue, Suite 1950 | 55 Miracle Mile, Suite 300
20  Seattle, Washington 98104 | Coral Gables, FL 33131
    Telephone:   206-728-1300 | Telephone:   305-992-6555
21  Facsimile:   206-728-1302 | Email:   Jeffreym@maltzmanpartners.com
    Email:   las@nielsenshields.com | Attorneys for Defendants
22  Attorneys for Defendants

23

JOINT STIPULATION AND REQUEST TO EXTEND
DISCOVERY DEADLINE AND [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 2

**NIELSEN✢SHIELDS**
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

1
2
3   s/Charles Moure (via email authorization)    s/Wayne Mitchell (via email authorization)
    CHARLES MOURE, WSBA # 23701                  WAYNE MITCHELL, WSBA # 24347
4   Moure Law, PLLC                              Anderson & Mitchell, PLLC
    1700 Seventh Avenue, Suite 2200              100 S. King St., Suite 560
5   Seattle, WA 98101                            Seattle, WA 98104
    Attorneys for Plaintiff                      Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

JOINT STIPULATION AND REQUEST TO EXTEND
DISCOVERY DEADLINE AND [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 3

NIELSEN✦SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

[PROPOSED] ORDER

It is so ordered.

DATED this 5th day of July, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

NIELSEN SHIELDS, PLLC

By: s/ Louis A. Shields
LOUIS A. SHIELDS, WSBA # 25740
NIELSEN SHIELDS, PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone:  206-728-1300
Facsimile:  206-728-1302
Email:  las@nielsenshields.com
Attorneys for Defendant

JOINT STIPULATION AND REQUEST TO EXTEND
DISCOVERY DEADLINE AND [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 4

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles Moure, Esq.
Moure Law, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

Wayne Mitchell, Esq.
Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

JOINT STIPULATION AND REQUEST TO EXTEND
DISCOVERY DEADLINE AND [PROPOSED] ORDER
No. 2:16-cv-00214-JLR – Page 5

NIELSEN ✦ SHIELDS
PLLC
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300