```
 1
 2
 3
 4
 5
 6
 7                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
 8                                     AT SEATTLE
 9
10    DALE STRAWN,                              CASE NO. C16-0214JLR
11                         Plaintiff,           ORDER OF DISMISSAL
                v.
12
      HAL NEDERLAND NV, et al.,
13
                           Defendants.
14
```

The court having been notified of the settlement of this matter and it appearing

that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED

with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case,

//

//

//

ORDER - 1

provided such motion is filed within **30** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

Dated this 12th day of September, 2017.

JAMES L. ROBART
United States District Judge